# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| | § | Civil Action No. 4:25-cv-02649 |
| TRINITY EXCAVATORS, LLC and TE CONSTRUCTION GROUP, LLC | § | |
| Debtors | § | |
| | § | Bankruptcy Case No. 24-35266 |
| TRINITY EXCAVATORS, LLC and TE CONSTRUCTION GROUP, LLC | § | |
| | § | |
| Appellants | § | |

## Record Transmitted

The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: July 14, 2025

Nathan Ochsner, Clerk of Court
S. Thomas
Deputy Clerk